**No. 09-11511. Keith Desmond Taylor, Petitioner v. California.**

562 U.S. 885, 131 S. Ct. 212, 178 L. Ed. 2d 128, 2010 U.S. LEXIS 7104.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 47 Cal. 4th 850, 102 Cal. Rptr. 3d 852, 220 P.3d 872.

**No. 09-11512. Hung Nam Tran, Petitioner v. Robert Kriz, et al.**

562 U.S. 885, 131 S. Ct. 212, 178 L. Ed. 2d 128, 2010 U.S. LEXIS 6603.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 377 Fed. Appx. 542.

**No. 09-11513. Nathaniel Solon, Petitioner v. United States.**

562 U.S. 885, 131 S. Ct. 213, 178 L. Ed. 2d 128, 2010 U.S. LEXIS 6970.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 596 F.3d 1206.

**No. 09-11514. Ernest Miller, Petitioner v. California.**

562 U.S. 885, 131 S. Ct. 213, 178 L. Ed. 2d 128, 2010 U.S. LEXIS 6964.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 09-11515. Henry E. Patterson, Jr., Petitioner v. Robert P. Houston, Director, Nebraska Department of Correctional Services, et al.**

562 U.S. 885, 131 S. Ct. 213, 178 L. Ed. 2d 128, 2010 U.S. LEXIS 6972.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11516. Charles M. Rynes, Petitioner v. McKither Bodison, Warden.**

562 U.S. 885, 131 S. Ct. 213, 178 L. Ed. 2d 128, 2010 U.S. LEXIS 6500.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 371 Fed. Appx. 393.

**No. 09-11517. Jose Alberto Acevedo-Guzman, Petitioner v. United States.**

562 U.S. 885, 131 S. Ct. 213, 178 L. Ed. 2d 128, 2010 U.S. LEXIS 7074.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.